## ROSEN & LIVINGSTON
ATTORNEYS AT LAW

275 MADISON AVENUE, SUITE 500 • NEW YORK, NEW YORK 10016-1101

(212) 687-7770

TELECOPIER (212) 687-8030

EMAIL ADDRESS info@rosenlivingston.com

Writer's Email Address pil@rosenlivingston.com

| | |
|---|---|
| MORTON H. ROSEN | S. DAVID HARRISON |
| PETER I. LIVINGSTON | Of Counsel |
| BRUCE A. CHOLST | |
| MARY L. KOSMARK | ALAN M. GOLDBERG |
| | Special Counsel |
| ANDREW B. FREEDLAND | IRINA BUSHKOV |
| DEBORAH B. KOPLOVITZ | JODY WEGWERT |
| ANDREW J. WAGNER | RACHEL WENIG |
| | Paralegals |

August 8, 2008



**VIA FEDERAL EXPRESS**

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
40 Foley Square – Room 2103
New York, NY 10007

    Re:    08 CV 4032 - Elliot S. Sash and Joyce R. Garland-Sash, Plaintiffs *Pro Se*
against Eve Rosahn, Esq. and The Legal Aid Society of New York
Our File No.: 6010-55

Dear Judge Jones:

    We have been designated to represent the interests of Defendants Eve Rosahn and The Legal Aid Society in connection with the above referenced matter.

    My Office erroneously sent a letter to Magistrate Dollinger, who we had thought had been designated by the Court in connection with this matter requesting an enlargement of time within in which to move or answer with respect to the Complaint. Enclosed is a copy of the letters sent to Magistrate Dollinger.

    In the interim, I received a telephone call from Magistrate Pittman's office advising that if the case is assigned to a Magistrate it would be Magistrate Henry Pittman. Since the matter has not, as of yet, been assigned to the Magistrate, it was suggested that I write to you with respect to our request for an enlargement of time until September 22, 2008 to move or answer with respect to the Complaint.

    We have already secured the approval of the plaintiffs to this request.

*ROSEN & LIVINGSTON*

August 8, 2008
Page 2

    The reason for the request is that I have not, as yet, had an opportunity to review the full file from the Legal Aid nor an opportunity to meet with my client, who is currently on vacation. Her vacation schedule overlaps mine and upon my return, I would need the time to prepare.

    This is the first application made for the relief requested.

Respectfully submitted,

Peter I. Livingston (PL 1377)

/ht
cc: Mr. and Mrs. Sash
    Plaintiffs *Pro Se*
    63 Bergen Line Avenue
    Closter, New Jersey 07624-1651

Application Granted

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
9/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08